UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 17- 135-JHR |
| | : | |
| TYRONE THOMPSON | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 2 |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about July 24, 2016, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

TYRONE THOMPSON,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Passaic County, did knowingly possess in and affecting commerce a loaded firearm, namely a 9mm Luger caliber Taurus semiautomatic pistol, serial number TIY97808, loaded with seven (7) 9mm rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1) and Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained on Page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth on Page 1 of this Indictment, the defendant,

TYRONE THOMPSON,

shall forfeit to the United States any firearm and ammunition involved in or used in the commission of that offense, including a 9mm Luger caliber Taurus semiautomatic pistol, serial number TIY97808, loaded with seven (7) 9mm rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPE

*William E. Fitzpatrick* (signature)
WILLIAM E. FITZPATRICK
Acting United States Attorney

2

CASE NUMBER: 17-135-JHR

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

TYRONE THOMPSON

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

_____
Foreperson

**WILLIAM E. FITZPATRICK**
ACTING U.S. ATTORNEY
NEWARK, NEW JERSEY

KELLY GRAVES
ASSISTANT U.S. ATTORNEY
(973) 645-2746

USA-48AD 8
(Ed. 1/97)

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 APR -7 P 5: 42